

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2018

No. 04-17-00438-CR

Arthur **WHITLEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR8583
The Honorable Laura Lee Parker, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice[1]
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Appellant's Second, Unopposed Motion for Extension of Time to File Motion for Panel and *En Banc* Rehearing is GRANTED. Appellant's Motion for Rehearing and Motion for Rehearing *En Banc* are DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

---

[1] Dissents to the denial of the Motion for Rehearing *En Banc* without requesting a response. TEX. R. APP. P. 49.2.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of July, 2018.



Keith E. Hottle
Clerk of Court